# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

TRI-COASTAL DESIGN GROUP, INC.,
a New Jersey Corporation,

          Plaintiff,

-v-

ENCHANTE ACCESSORIES, INC.,
a New York Corporation, and Does 1-10,

          Defendant.

Case No. **08 cv 3708**

**Rule 7.1 Statement**



RECEIVED APR 17 2008 U.S.D.C. S.D.N.Y. CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

PLAINTIFF TRI-COASTAL DESIGN GROUP, INC.   (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

**Date:** April 16, 2008

**Signature of Attorney**

**Attorney Bar Code:** TL 0158

Form Rule7_1.pdf   SDNY Web 10/2007