UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
TRI-COASTAL DESIGN GROUP, INC.,
a New Jersey Corporation,

                Plaintiff,      CIVIL ACTION

                                  Index No.: 08 cv 3708 (WHP)

                                  **AFFIDAVIT OF SERVICE**

      -v-
ENCHANTE ACCESSORIES, INC., a
New York Corporation, and Does 1-10,

                Defendant.
---------------------------------------------------------------X

STATE OF NEW YORK   )
                                ss.:
COUNTY OF NEW YORK )

I, NICHOLAS BAVARO, the undersigned, being duly sworn, deposes and says that:

1. Deponent is not a party to this action, is over 18 years of age and resides at 85-02 264th Street Floral Park, NY 11001;

2. On April 24, 2008 at 10:50 A.M. at 4 E.34th Street, NYC the within "SUMMONS & COMPLAINT" was personally delivered to and served upon Enchante Accessories, Inc by delivering thereat, a true copy to Ashley Becker, receptionist, at the direction of Hiam, office manager. Deponent knew said individual to be of a suitable age so served said individual and believed him/her to be an authorized agent of Enchante Accessories.

**Description [CHECK ALL APPROPRIATE BOXES]**

|     |          |     |            |     |            |     |            |
|-----|----------|-----|------------|-----|------------|-----|------------|
| ☐   | Male     | XX  | White Skin | ☐   | Black Hair | ☐   | White Hair |
| XX  | Female   | ☐   | Black Skin | ☐   | Brown Hair | ☐   | Balding    |
| ☐   | Yellow Skin | XX | Blonde Hair | ☐  | Mustache   |     |            |
| ☐   | Brown Skin | ☐  | Gray Hair  | ☐   | Beard      |     |            |
| ☐   | Red Skin | ☐   | Red Hair   | ☐   | Glasses    |     |            |
| ☐   | 14-20 Yrs. | ☐ | Under 5'   | ☐   | Under 100 Lbs. |  |           |
| XX  | 21-35 Yrs. | ☐ | 5'0"-5'3"  | XX  | 100-130 Lbs. |   |           |
| ☐   | 36-50 Yrs. | XX | 5'4"-5'8" | ☐   | 131-160 Lbs. |   |           |
| ☐   | 51-65 Yrs. | ☐ | 5'9"-6'0"  | ☐   | 161-200 Lbs. |   |           |
| ☐   | Over 65 Yrs. | ☐ | Over 6' | ☐   | Over 200 Lbs. |  |           |

3.  I asked the person spoken to whether defendant was in active military service in any capacity whatever and received a negative reply. Ashley Becker *wore ordinary civilian clothes and no military uniform.* The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief, I aver that the recipient is not in military service as that term is defined in either the state or in the federal statutes.

_____
NICHOLAS BAVARO

Sworn to before me on the
7th Day of May 2008

_____
Notary Luis Leb

```
LUIS LEB
Notary Public - State of New York
NO. 01LE6105796
Qualified in Queens County
My Commission Expires 2/23/2014
```