UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRI-COASTAL DESIGN GROUP, INC., a New Jersey Corporation,

Plaintiff,

-v-

ENCHANTE ACCESSORIES, INC., a New York Corporation, and Does 1-10,

Defendant.

Case No. 08 CV 3708 (WHP)

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

ENCHANTE ACCESSORIES, INC.   (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Date: May 14, 2008

*Angelo Nokoro*
Signature of Attorney

Attorney Bar Code: AN1306

Form Rule7_1.pdf   SDNY Web 10/2007