LAW OFFICES OF
**TEDD S. LEVINE, P.C.**

1010 FRANKLIN AVE.   2ND FLOOR   GARDEN CITY, NY 11530   TEL: (516) 294-6852   FAX: (516) 294-4860   TEDDL1@AOL.COM

BY FACSIMILE, E-MAIL
& EXPRESS MAIL
June 3, 2008

Angelo Notaro, Esq.
NOTARO & MICHALOS, P.C.
1270 Broadway
Suite 807
New York, NY 10001-3224

Re:  **Tri-Coastal Design Group, Inc. v. Enchante Accessories, Inc.**
     **Index #: 08 cv 3708 (WHP)**

Dear Mr. Notaro:

We received on May 2, 2008 the OFFER OF JUDGMENT dated May 27, 2008 of defendant Enchante Accessories, Inc. ("Enchante") for $13,751.00. Please be advised that Plaintiff Tri-Coastal Design Group, Inc. ("Tri-Coastal") pursuant to Fed. Civ.Proc. Rule 68, 28 U.S.C.A hereby ACCEPTS the OFFER OF JUDGMENT.

Sincerely,

THE LAW FIRM OF TEDD S. LEVINE, LLC

By: _____
        Tedd S. Levine, Esq.

cc:  Tri-Coastal Design

TSL/tl