UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
TRI-COASTAL DESIGN GROUP, INC.,
a New Jersey Corporation,

                            Plaintiff,        CIVIL ACTION

                                       Index No.: 08 cv 3708 (WHP)

                                       **DECLARATION OF SERVICE**
            -v-
ENCHANTE ACCESSORIES, INC., a
New York Corporation, and Does 1-10,

                            Defendant.
----------------------------------------------------------X

      I, Tedd S. Levine, an attorney admitted to practice before the United States District Court, Southern District of New York, hereby declares that on June 3, 2008, I served a true copy of Plaintiff Tri-Coastal Design Group, Inc.'s ACCEPTANCE OF OFFER OF JUDGMENT in the above captioned matter by facsimile, e-mail and express mail to:

                        Angelo Notaro, Esq.
                        NOTARO & MICHALOS, P.C.
                        1270 Broadway
                        Suite 807
                        New York, NY 10001-3224

Dated: Garden City, NY
         June 3, 2008

                                                  Tedd S. Levine, Esq. (TL 0158)