K3-333

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
TRI-COASTAL DESIGN GROUP, INC.,
a New Jersey Corporation,

                Plaintiff,

-v-

ENCHANTE ACCESSORIES, INC., a
New York Corporation, and Does 1-10,

                Defendant.
-----------------------------------------------------------x

08 CV 3708 (WHP)

**OFFER OF JUDGMENT**

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant hereby offers to allow judgement to be taken, in the amount of Thirteen Thousand Seven Hundred Fifth One Dollars ($13,751.00), such amount to be considered inclusive of any claim for attorneys' fees awardable by statute, contract or otherwise and any claim for fees payable to expert witnesses or other costs accrued to date that might be recoverable against Defendant in this action. This offer of judgment is made for the purposes specified in Rule 68, and is not to be construed either as an admission that the Defendant is liable in this action, or that Plaintiff has suffered any damage.

Dated: May 27, 2008

NOTARO & MICHALOS P.C.

/Angelo Notaro/
Angelo Notaro (AN1306)
John Zaccaria (JZ3157)
100 Dutch Hill Road, Suite 110
Orangeburg, NY 10962-2100
(845) 359-7700
Attorneys for Defendant