UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TRI-COASTAL DESIGN GROUP, INC.,
a New Jersey Corporation,

                            Plaintiff,         CIVIL ACTION

                                                Index No.: 08 cv 3708 (WHP)

                                                **NOTICE OF ACCEPTANCE**
      -v-                                            **OF OFFER OF JUDGMENT**

ENCHANTE ACCESSORIES, INC., a
New York Corporation, and Does 1-10,

                            Defendant.
-----------------------------------------------------------X

       Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff hereby accepts Defendant Enchante Accessories, Inc.'s offer to allow judgment to be taken against it in the amount of Thirteen Thousand Seven Hundred and Fifty-one Dollars ($13,751.00), such amount to be considered inclusive of any claim for attorneys' fees awardable by statute, contract or otherwise and any claim for fees payable to expert witnesses or other costs accrued to date that might be recoverable against Defendant in this action.

Dated: June 5, 2008                THE LAW OFFICES OF TEDD S. LEVINE, LLC
                                          Attorneys for Plaintiff

                                          By:_____
                                               Tedd S. Levine, Esq. (TL 0158)
                                               1010 Franklin Avenue
                                               2nd Floor
                                               Garden City, NY 11530
                                               (516) 294-6852

K3-333

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
                                                      :
TRI-COASTAL DESIGN GROUP, INC.,                       :
a New Jersey Corporation,                             :
                                                      :   08 CV 3708 (WHP)
              Plaintiff,                              :
     -v-                                              :
                                                      :   **OFFER OF JUDGMENT**
ENCHANTE ACCESSORIES, INC., a                         :
New York Corporation, and Does 1-10,                  :
                                                      :
              Defendant.                              :
                                                      :
------------------------------------------------------x

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant hereby offers to allow judgement to be taken, in the amount of Thirteen Thousand Seven Hundred Fifth One Dollars ($13,751.00), such amount to be considered inclusive of any claim for attorneys' fees awardable by statute, contract or otherwise and any claim for fees payable to expert witnesses or other costs accrued to date that might be recoverable against Defendant in this action. This offer of judgment is made for the purposes specified in Rule 68, and is not to be construed either as an admission that the Defendant is liable in this action, or that Plaintiff has suffered any damage.

Dated: May 27, 2008

NOTARO & MICHALOS P.C.

*[signature]*
Angelo Notaro (AN1306)
John Zaccaria (JZ3157)
100 Dutch Hill Road, Suite 110
Orangeburg, NY 10962-2100
(845) 359-7700
Attorneys for Defendant