UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
TRI-COASTAL DESIGN GROUP, INC.,
a New Jersey Corporation,

                    Plaintiff,        CIVIL ACTION

                                    Index No.: 08 cv 3708 (WHP)

                                    **DECLARATION OF SERVICE**

            -v-
ENCHANTE ACCESSORIES, INC., a
New York Corporation, and Does 1-10,

                    Defendant.
-------------------------------------------------------X

      I, Tedd S. Levine, an attorney admitted to practice before the United States District Court, Southern District of New York, hereby declares that on June 5, 2008, I served a true copy of Plaintiff Tri-Coastal Design Group, Inc.'s NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT in the above captioned matter by facsimile, e-mail and express mail to:

                Angelo Notaro, Esq.
                NOTARO & MICHALOS, P.C.
                1270 Broadway
                Suite 807
                New York, NY 10001-3224

Dated: Garden City, NY
        June 5, 2008

                                            Tedd S. Levine, Esq. (TL 0158)